## UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

CITATION/CASE NO. __6:11-MJ-112 MJS__

U.S.A.

v.

**_JUDGMENT and ORDER TO PAY_**

ERIC DANIEL SOCIA

SOCIAL SECURITY #: _____
DATE of BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____
_____
        City          State          Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, PENALTY ASSESSMENT or PROCESSING FEE IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **NOTE: FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

*I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE and CORRECT*

DATE: _____  _____
                                         Defendant's Signature

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

(✓) **FINE** of $ __90.00__       (✓) **Penalty ASSESSMENT** of $ __10.00__

( ) **PROCESSING Fee** of $ _____     for a **TOTAL AMOUNT** of $ __100.00__ ,

paid within __30 days__  ~~xxxxxxxxxx~~ OR payments of $ _____ per month, commencing

_____ and due on the _____ of each month until **PAID IN FULL - note late payments could be subject to late/delinquent charges imposed by C.V.B..**

( ) REVIEW/Post Sentencing HEARING DATE: _____ at _____ a.m. / p.m. in Dept. _____
( ) Compliance HEARING: : _____ at _____ a.m. / p.m. in Dept. _____
( ) RESTITUTION _____
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with Proof mailed to the Clerk of the Court.
( ) Traffic School By: _____ with Proof mailed to _____
(✓) PROBATION to be ==unsupervised== / supervised for: __12 months unsupervised probation; obey all laws.__

Payments **must be made by Check or Money Order, payable to: Clerk, U.S.D.C.** and mailed to (check one):

| [ ] CENTRAL VIOLATIONS BUREAU<br>PO Box 70939<br>Charlotte, NC 28272-0939<br>1-800-827-2982 | [ ] CLERK, U.S.D.C.<br>501 'I' St., #4-200<br>Sacramento, CA 95814 | [✓] CLERK, U.S.D.C.<br>2500 Tulare St., Rm 1501<br>Fresno, CA 93721 |
|---|---|---|

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: __10/7/2011__                   __Michelle Means Rooney__
                                                                         for: U.S. MAGISTRATE JUDGE

EDCA - Rev 4/2007